1          DISTRICT JUDGE JAMES L. ROBART
2      MAGISTRATE JUDGE MICHELLE L. PETERSON

3

4

5              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
6                      AT SEATTLE

7

8   RAPINDER SIDHU,                    )   No. CV19-736-JLR-MLP
                                       )
9            Petitioner,               )
                                       )   (PROPOSED) ORDER GRANTING
10      v.                             )   STIPULATED MOTION TO
                                       )   TRANSFER ACTION TO THE
11  D.K. WHITE, WARDEN,                )   MIDDLE DISTRICT OF
                                       )   PENNSYLVANIA
12           Respondent.               )
                                       )

13          THIS COURT has considered the stipulated motion to transfer this action to the

14  Middle District of Pennsylvania along with all the records in this case. The Court finds

15  that the petition could have been brought in the Middle District of Pennsylvania and

16  that the interests of justice are served by transferring it there.

17          IT IS THEREFORE ORDERED that Mr. Sidhu's pro se petition under 28

18  U.S.C. 2241 be transferred to the Middle District of Pennsylvania.

19          DATED this 4ᵗʰ day of _____Jun_____ 2019.

20

21

22      ~~MICHELLE L. PETERSON~~ JAMES L. ROBART
        UNITED STATES ~~MAGISTRATE~~ JUDGE
23                                    ^
                                   DISTRICT
24  Presented by:

25  s/ Corey Endo
    Assistant Federal Public Defender

26

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100